In the Matter of the Claim of EDGAR BERNADINE, Respondent, against NATIONAL TRANSPORTATION COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

928

All concur.